

**RECEIVED**
IN LAKE CHARLES, LA

OCT 27 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **WILLIAM MITCHELL** <br> **D.O.C. #440432** | **CIVIL ACTION NO. 2:15 -CV-002859** |
| | * |
| **v.** | * **JUDGE MINALDI** |
| | * |
| **KEITH COOLEY, ET AL.** | * |
| | * **MAGISTRATE JUDGE KAY** |
| | * |
| | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate

Judge previously filed herein, after an independent review of the record, a *de novo* determination

of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's civil rights complaint is **DENIED** and

**DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which

relief can be granted.

Lake Charles, Louisiana, this ___ day of _____, 2016.

_____

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

1